IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AQUARIUS LEDBETTER                                                                              PLAINTIFF

v.                                            NO.  4:01CV00536 SWW

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                         DEFENDANT

## ORDER

The Court has reviewed the Proposed Recommended Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Recommendation is adopted in its entirety as this Court's finding.

THEREFORE, Plaintiff's motion to show cause (docket entry #20) is hereby denied.

IT IS SO ORDERED this 2nd day of August 2006.


                                                                /s/Susan Webber Wright

                                                                UNITED STATES DISTRICT JUDGE